UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MATTHEW G. SILVA, | ) | |
| Plaintiff, | ) ) ) | CASE NO.   C06-984-JLR |
| v. | ) ) | |
| GEORGE W. BUSH, *et al.*, | ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint (Dkt. # 19) and this action are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

(3) The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e)(2)(B), to count this as a dismissal under 28 U.S.C. § 1915(g), and to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5th day of March, 2007

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL